IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JUVONDA WHITNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-137CVW-ODS |
| | ) | |
| LANE BRYANT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LANE BRYANT, INC.'S MOTION
TO DISMISS PLAINTIFF'S PETITION**

Defendant Lane Bryant, Inc. ("Lane Bryant"), by its attorneys, hereby moves this Court for an order dismissing Plaintiff's Petition. In support of its Motion to Dismiss, Defendant avers as follows:

1. Plaintiff's race discrimination and retaliation claims (Counts I and II) based upon the Missouri Human Rights Act should be dismissed because they are untimely.

2. Plaintiff's claim for wrongful discharge in violation of public policy (Count III) should be dismissed because the allegations set forth in Plaintiff's Petition are insufficient to state a claim of wrongful discharge in violation of public policy under Missouri law.

**WHEREFORE**, for the reasons stated above and for the reasons stated in the accompanying Memorandum of Law, Defendant Lane Bryant, Inc. respectfully requests that this Court dismiss Plaintiff's Petition with prejudice in its entirety.

CC 1394912v1

Respectfully yours,

LATHROP & GAGE L.C.

 /s/ Michael A. Williams
Robert W. McKinley    MO Bar #21132
Michael A. Williams    MO Bar #47538
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

and

Joseph J. Costello (admitted *pro hac vice*)
Jennifer M. Welding (admitted *pro hac vice*)
Jonathan S. Krause (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963-5295/5473/5510

Attorneys for Defendant Lane Bryant, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing served via the Court's Electronic Mailing System on the following counsel of record this 10th day of March, 2005.

Stephen Alan Jenkins
2526 Holmes Street
Kansas City, MO 64108

/s/ Michael A. Williams
An Attorney For Defendant

CC 1394912v1    2

Case 4:05-cv-00137-ODS   Document 10   Filed 03/10/05   Page 2 of 3

CC 1394912v1 3