IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUVONDA WHITNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05-137CVW-ODS |
| LANE BRYANT, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their attorneys, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal of all claims in the above-referenced action with prejudice, with each party to bear their own costs and attorneys' fees.

_____
Stephen Jenkins
2526 Holmes Road
Kansas City, MO 64108

Attorney for the Plaintiff
Juvonda Whitney

_____
Robert W. McKinley
Michael A. Williams
LATHROP & GAGE, L.C.
Suite 2800
Kansas City, MO 64108
816.460.5636/5562

Of Counsel:  Joseph J. Costello (admitted *pro hac vice*)
Jonathan S. Krause (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963-5295/5510

Attorneys for Defendant
Lane Bryant, Inc.

Dated: December 12, 2005